IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00425-ZLW

JOHN MOORE,

    Plaintiff,

v.

DR. SAM JAHANI,
DR. STEVE PADUA,
DELTA COUNTY HOSPITAL, and
INSURANCE COMPANYS [sic] FOR THE DEFENDANTS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on the "Motion to Enforce the Judgement" that Plaintiff filed on April 20, 2010. The motion is DENIED as moot. This case was dismissed by an order entered on April 19, 2010, and filed on April 20, 2010.

    Dated: April 22, 2010