**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**


Civil Action No. 10-cv-00425-BNB

JOHN MOORE,

      Plaintiff,

v.

DR. SAM JAHANI,
DR. STEVE PADUA,
DELTA COUNTY HOSPITAL, and
INSURANCE COMPANYS [sic] FOR THE DEFENDANTS,

      Defendants.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      This matter is before the Court on two pending motions (Doc. Nos. 44 and 45) filed on April 22, 2010.  These motions are DENIED as moot.  This case was dismissed on April 20, 2010.  Filings will not be considered after the dismissal of a case.  The clerk of the Court is instructed to strike any further filings by Mr. Moore in this dismissed action.

Dated:  April 23, 2010

_____