**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00425-ZLW

JOHN MOORE,

    Plaintiff,

v.

DR. SAM JAHANI,
DR. STEVE PADUA,
DELTA COUNTY HOSPITAL, and
INSURANCE COMPANYS [sic] FOR THE DEFENDANTS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    In an order filed on May 4, 2010, the Court denied the "Motion to Reopen" that Plaintiff, John Moore, filed ***pro se*** on April 28, 2010, and which the Court treated as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e). In the May 4 order, the Court also informed Mr. Moore that the ***ex parte*** letter to Chief Judge Wiley Y. Daniel that Plaintiff submitted to the Court on April 27, 2010, was stricken, and directed Mr. Moore's attention to D.C.COLO.LCivR 77.2, which forbids ***ex parte*** communications.

    In the interim, Mr. Moore submitted another motion to reopen on April 30, 2010, and two ***ex parte*** letters to Senior Judge Zita Leeson Weinshienk on May 3, 2010. The motion to reopen is denied and the ***ex parte*** letters to Senior Judge Weinshienk are stricken for the reasons already stated in the May 4 order. The clerk of the Court is directed to strike any further filings Mr. Moore may submit in this action.

May 10, 2010